An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

IN THE SUPREME COURT OF THE STATE OF NEVADA

BETTY R. HEROLD,
                Appellant,

vs.

CAPITAL ONE, N.A.,
                Respondent.

No. 66969

**FILED**

DEC 0 2 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:    Hon. Elliott A. Sattler, District Judge
Jill I. Greiner, Settlement Judge
Wayne M. Pressel
McCarthy & Holthus, LLP/Las Vegas
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-36772